IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

YOWANDA TRAYLOR                                                                    PLAINTIFF
o/b/o T.K.

vs.                                      Civil No. 1:07-cv-1117

MICHAEL J. ASTRUE                                                                  DEFENDANT
Commissioner, Social Security Administration


**MEMORANDUM OPINION**

On March 18, 2008, Yowanda Traylor o/b/o T.K.("Plaintiff") filed this Motion for Voluntary

Dismissal.  (Doc. No. 5).  Defendant did not respond or file objections to this motion.  The parties

have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this

case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-

judgment proceedings.  (Doc. No. 3).  Pursuant to this authority, the Court issues this memorandum

opinion and orders the entry of a final judgment in this matter.

Absent any pending counterclaims, a court is authorized to dismiss a case at the Plaintiff's

request on the terms that the court considers proper.  FED. R. CIV. P. 41(a)(2).  Defendant has

asserted no counterclaims and has not objected to this motion.  After taking into consideration said

Motion, the Court finds the Plaintiff's Motion should be **GRANTED** and Plaintiff's case be

dismissed without prejudice.

**ENTERED this 2ⁿᵈ day of April, 2008.**


                                                          /s/   Barry A. Bryant
                                                          HON. BARRY A. BRYANT
                                                          U.S. MAGISTRATE JUDGE